UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

ROBERT J. KILLION, JR.
Plaintiff,

CIVIL ACTION NO.:

v.

COMMONWEALTH YACHTS and
MAINSHIP CORPORATION
Defendants.

04-40256

### NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

In accordance with Local Rule 83.5.2, please enter the appearance of Peter M. Durney, Esq. of Cornell & Gollub as attorney for defendant Mainship Corporation in the above-referenced matter.

Dated: 12/13/04

Defendant,
Mainship Corporation
By its attorney,

Peter M. Durney, Esq., BBO #139260
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

- 2 -

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Mainship Corporation, hereby certify that on the 13th day of December, 2004, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

John M. Wozniak, Esq.
Brandon S. Killion, Esq.
Wozniak & Padula, P.C.
82 Cape Road, Suite 140
Mendon, MA  01756

Robert S. White, Esq.
Bourgeois Dresser & White
4 Dix Street
Worcester, MA  01609

_____
Peter M. Durney