UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

ROBERT J. KILLION, JR.
    Plaintiff,

v.

COMMONWEALTH YACHTS and
MAINSHIP CORPORATION
    Defendants.

04-40256

MAINSHIP CORPORATION'S
DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the Defendant Mainship Corporation (hereinafter "Mainship"), through counsel, identifies the following parent corporation: Morgan Industries Corporation, a New Jersey corporation. Mainship further states that there is no publicly held company that owns 10% or more of its stock.

    Respectfully submitted,

    The defendant,
    Mainship Corporation,
    By its attorney,

    Peter M. Durney  #139260
    CORNELL & GOLLUB
    75 Federal Street
    Boston, MA 02110
    (617) 482-8100

- 2 -

## CERTIFICATE OF SERVICE

I, Peter M. Durney, attorney for the defendant, Mainship Corporation, hereby certify that on the 13th day of December, 2004, a true copy of the foregoing Mainship Corporation's Disclosure Statement Pursuant to Local Rule 7.3 was served by mail, postage prepaid, directed to:

John M. Wozniak, Esq.
Brandon S. Killion, Esq.
Wozniak & Padula, P.C.
82 Cape Road, Suite 140
Mendon, MA 01756

Robert S. White, Esq.
Bourgeois Dresser & White
4 Dix Street
Worcester, MA 01609

_____
Peter M. Durney