UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| ROBERT J. KILLION, JR., | )<br>) |
| Plaintiff | ) |
| v. | )<br>) |
| COMMONWEALTH YACHTS, INC. and<br>MAINSHIP CORPORATION, | )<br>)<br>) |
| Defendants | )<br>) |

### AFFIDAVIT OF HARRY BARRITT IN SUPPORT OF DEFENDANT COMMONWEALTH YACHTS, INC.'S MOTION TO DISMISS

Now comes Harry Barritt and, on oath, deposes and says as follows:

1. I am the President of Commonwealth Yachts, Inc., a Virginia corporation with its place of business in Gloucester Point, Virginia. Commonwealth Yachts has been in the business of selling new and used boats in the greater Williamsberg and Jamestown Virginia areas for approximately twenty years.

2. During the time I have done business, I have not marketed or sold any boat or other product in the Commonwealth of Massachusetts.

3. I personally have not been to Massachusetts for approximately 15 years. I do not recall an employee of Commonwealth Yachts ever traveling to Massachusetts to conduct business for the company.

4. In approximately October of 2001, I understand that Robert J. Killion, Jr., the Plaintiff, traveled to Annapolis, Maryland to attend the Annapolis Boat Show. Commonwealth Yachts was an exhibitor at the boat show and is a dealer of Mainship Trawlers.

F:\docs\ComYacht\Comyacht.005

5. At the boat show, Mr. Killion had conversations with Commonwealth Yacht employees about the Mainship Trawler and appeared to be interested in purchasing one.

6. Discussions and most of the negotiations with Mr. Killion occurred at the boat show.

7. Mr. Killion asked whether he could take delivery of the boat in Massachusetts. Commonwealth Yachts was not willing to do that so Mr. Killion agreed to take delivery in Virginia.

8. Mr. Killion next had an unusual request that Commonwealth Yachts set up a place of business in Massachusetts, indicating that he could somehow save money. Again, Commonwealth Yachts did not agree with this idea as we had no intention of doing business in Massachusetts.

9. Between the boat show and delivery there were perhaps two telephone calls between Mr. Killion and Commonwealth Yachts. I am not certain who initiated them.

10. I believe that the sales agreement was sent to Mr. Killion by fax for his signature. He signed the document and either faxed it back to us. A true and accurate copy of that agreement is attached at Exhibit A, hereto.

11. Since the sale occurred in Virginia, Mr. Killion paid Virginia sales tax on the boat.

12. I understand that Mr. Killion has contacted the manufacturer, Mainship, directly. I further understand that Mainship has performed and continues to be willing to perform warranty services to satisfy Mr. Killion.

Signed this 18th day of January, 2005, under the pains and penalties of perjury.

_____
Harry Barritt
Commonwealth Yachts, Inc.

F:\docs\ComYacht\Comyacht.005

FAXED OCT 16, 01
FAXED (i)

# Commonwealth Yachts, Inc.
8109 Yacht Haven Road-P.O. Box 1070-Gloucester Point, VA 23062
Phone (804)642-2150-Fax (804)642-9838

**EXHIBIT A**

## PURCHASE AGREEMENT

| | | | | | |
|---|---|---|---|---|---|
| Buyer's Name(s) | Robert J. Killion | | | Res. Ph No. | 978-464-5508 |
| Buyer's Address | 61 Redemption Rock Trail North | | | Bus. Ph No. | 508-835-6225 |
| City | Princeton | State MA | Zip 1541 | Fax No | 508-825-6228 |

I hereby agree to purchase from Commonwealth Yachts, Inc. under the terms and conditions hereon, the following Mainship 390 Trawler.

### Mainship 390 Trawler Price List

| | | |
|---|---|---|
| ☐ Single Yanmar 170 / 170 hp *bow thruster included | $ | 197,600.00 |
| ☑ Single Yanmar 370 / 370 hp *bow thruster included | $ | 211,120.00 |
| ☐ Single 3126 Caterpillar / 360hp *bow thruster included | $ | 207,920.00 |
| ☐ Single Cummins 330/330hp *bow thruster included | $ | 211,120.00 |
| ☐ Twin Yanmars 230 / 230 hp | $ | 231,320.00 |

Hull Identification No.  TBD              Engine Serial Number  TBD

### Factory Options

| | |
|---|---|
| ☑ Air Conditioning w/ Reverse Cycle Heat | 9,327.00 |
| ☑ Bimini | 2,060.00 |
| ☑ Bottom Paint | 1,727.00 |
| ☑ Bow Thruster | STANDARD |
| ☐ Bow Thruster (for twin engine setup) | 10,127.00 |
| ☑ Cable TV/Telephone Hookup | STANDARD |
| ☐ Central Vacuum Cleaner | 660.00 |
| ☑ Color Change Blue | 393.00 |
| ☐ Colored Hull (2) | 7,460.00 |
| ☑ Convertible/ Sofa | 660.00 |
| ☑ Dripless shaft logs | 1,393.00 |
| ☐ Electronics Pkg "A" (Raytheon 210 VHF Radio w/Antenna, Tridata VX (speed, depth and temp.) | 2,335.00 |
| ☐ Electronics Pkg "B" ("A" plus RL 70RC Radar/Raychart Display, Raystar 112 LP GPS Sensor) | 8,400.00 |
| ☐ Electronics Pkg "C" (Pkg B plus 4 kw Radar & 24" Radar Dome with 15 meter Cable cable & ST6000 Autopilot) | 15,476.00 |
| ☑ Enclosure (4-sided) | 3,460.00 |
| ☐ Engine Synchronizer - Glendenning | 3,327.00 |
| ☑ Feature Stripe Color Change - Blue/Gold | 527.00 |
| ☑ Folding Mast | 393.00 |
| ☑ Freight | 2,950.00 |
| ☐ Fresh Water Washdown | 260.00 |
| ☑ Full Commissioning | 4,460.00 |
| ☑ Generator 8.0 Kohler Diesel | 14,393.00 |
| ☐ Ice Maker | 1,593.00 |
| ☑ Internal Sea Strainers | 927.00 |
| ☐ Lower Helm Seat | 1,593.00 |
| ☑ Microwave | STANDARD |
| ☐ Multi Disk CD Player | 727.00 |
| ☑ Oil Exchange System | 1,260.00 |
| ☑ Raw Water Washdown | 660.00 |
| ☐ Stereo on Flybridge | 660.00 |
| ☐ Stove - Three Burner Propane & Oven | 1,727.00 |
| ☑ Stove - Three Burner Electric & Oven | STANDARD |
| ☑ Swim Platform | STANDARD |
| ☑ Teak and Holly Salon Floor | 3,593.00 |
| ☐ Teak Steps | 1,060.00 |
| ☐ Vac-U-Flush Head System | 1,860.00 |
| ☑ Water Tank Monitor | 393.00 |
| ☑ Windlass | 2,927.00 |

### Dealer Options

Factory Installed Extended Hardtop Grabrails   $527.00
Delete coffee maker + add cabinet

| | |
|---|---|
| Purchase Price | 263,150.00 |
| Less: Discounts | (38,250.00) |
| Subtotal | 224,900.00 |
| Less: Trade | N/A |
| Subtotal | 224,900.00 |
| 2% Sales Tax | 2,000.00 |
| Subtotal | 226,900.00 |
| Less Deposit 10% | (22,490.00) |
| Balance Due | 204,410.00 |

### Trade-In Description

Trade-In Yr, Make, Mdl:
Hull Identification:
Engine Serial No.

ELEC PKG    18,296.64