UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

ROBERT J. KILLION, JR., )
    Plaintiff )
 ) C.A. No. 04-40256-FDS
v. )
 )
COMMONWEALTH YACHTS, INC. and )
MAINSHIP CORPORATION, )
    Defendants )

DEFENDANT COMMONWEALTH YACHT'S
CERTIFICATE OF SERVICE

This is to certify I have this day served a copy of Defendant Commonwealth Yachts, Inc.'s Fed.R.Civ.P. Rule 12(b)(6) Motion to Dismiss, Memorandum in Support of Fed.R.Civ.P. Rule 12(b)(6) Motion to Dismiss and Affidavit of Harry Barritt in Support of Commonwealth Yachts, Inc.'s Motion to Dismiss, together with this certificate, upon the following counsel by first class mail, postage prepaid this 18th day of January, 2005.

John M. Wozniak, Esquire
Wozniak & Padula, P.C.
82 Cape Road
Route 140
Mendon, MA 01756

Peter M. Durney, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

                                        _____
                                        Robert S. White

Dated: January 18, 2005

F:\docs\ComYacht\Comyacht.007