UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |
|---|---|
| Robert J. Killion, Jr. ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Mainship Corporation and ) <br> Commonwealth Yachts ) <br> Defendants. ) | Civil Action No. 04-40256-FDS |

**PLAINTIFF OPPOSITION TO THE DEFENDANTS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

The plaintiff, Robert J. Killion, Jr (the "Plaintiff") hereby opposes the Defendant, Commonwealth Yachts, Inc.s (the "Defendant") Motion to Dismiss pursuant to Fed. R.Civ.P. 12(b)(6) for Lack of Personal Jurisdiction.

In support of this opposition, the Plaintiff states that sufficient contact exists pursuant to M.G.L. c. 233A §3 for an assertion of jurisdiction over the Defendant.

In further support of this opposition, the Plaintiff refers to and incorporates by reference those facts contained in the Plaintiffs Memorandum of Law in Support its Opposition to Defendants Motion to Dismiss and the Affidavit of Robert J. Killion, Jr.

WHEREFORE, the Plaintiff respectfully requests that the Defendants motion be dismissed and grant such other and further relief as is meet and just.

                                        Respectfully Submitted,
                                        The Plaintiff,
                                        By His Attorney,

                                        */s/ John M. Wozniak*
                                        John M. Wozniak, BBO#556441
                                        Wozniak & Padula, P.C.
                                        82 Cape Road
                                        Mendon, MA 01756
                                        (508) 478-3788

Dated: February 4, 2005

## CERTIFICATE OF SERVICE

I, John M. Wozniak, hereby certify that a true and accurate copy of the forgoing Motion was served on the below-indicated parties via facsimile and regular mail, postage prepaid this 4th day of February, 2005.

Peter M. Durney, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02110

Robert S. White, Esquire
Bourgeois Dresser & White
4 Dix Street
Worcester, MA 01609

John M. Wozniak (BBO# 556441)
Wozniak & Padula, P.C.
82 Cape Road, Rte. 140
Mendon, MA 01756
(508) 478-3788