UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

ROBERT J. KILLION, JR.
Plaintiff,

CIVIL ACTION NO.: 04-40256-FDS

v.

COMMONWEALTH YACHTS and
MAINSHIP CORPORATION
Defendants.

## NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

In accordance with Local Rule 83.5.2, please enter the appearance of Anthony J. Manhart, Esq. of Cornell & Gollub as attorney for defendant Mainship Corporation in the above-referenced matter.

Dated: 3/8/05

Defendant,
Mainship Corporation
By its attorney,

_____
Anthony J. Manhart, Esq., BBO #657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

- 2 -

## CERTIFICATE OF SERVICE

I, Anthony J. Manhart, attorney for the defendant, Mainship Corporation, hereby certify that on the 8th day of March, 2005, a true copy of the foregoing Notice of Appearance, was served by mail, postage prepaid, directed to:

John M. Wozniak, Esq.
Brandon S. Killion, Esq.
Wozniak & Padula, P.C.
82 Cape Road, Suite 140
Mendon, MA  01756

Robert S. White, Esq.
Bourgeois Dresser & White
4 Dix Street
Worcester, MA  01609

Anthony J. Manhart