UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| Robert J. Killion, Jr.<br>    Plaintiff,<br>v.<br><br>Mainship Corporation and<br>Commonwealth Yachts<br>    Defendants. | Civil Action No. 04-40256-FDS |

**ASSENTED TO MOTION FOR AN EXTENSION OF
TIME TO FILE OPPOSITION**

The plaintiff, Robert J. Killion, Jr (the "Plaintiff") hereby moves this Court for an extension of time to file an Opposition to the Defendant, Mainship Corporations Motion to Dismiss up to and including Wednesday, June 15, 2005.

In support of this motion, the Plaintiff states that due to schedules, the Plaintiff has not had an opportunity to review the pleadings filed by the Defendant in this matter.

At this point in time, the Plaintiff has possession of the pleadings filed by Commonwealth Yachts and it is reasonably believed that he will be able to formulate a response and have it filed with the Court no later than Wednesday, June 15, 2005. There will no prejudice to any party in the event this motion is allowed.

WHEREFORE, the Plaintiff respectfully requests up to and including June 15, 2005 to file an opposition to the defendant, Mainship Corporations Motion to Dismiss and grant such other and further relief as is meet and just.

Respectfully Submitted,

The Plaintiff,
By His Attorney,

_____
John M. Wozniak, BBO#556441
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA 01756
(508) 478-3788

The Defendant, Mainship Corp.,
By Its Attorney,

_____ (by permission)
Peter M. Durney, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02110

The Defendant, Commonwealth Yachts
By Its Attorney,

_____ (by permission)
Robert S. White, Esquire
Bourgeois Dresser & White
4 Dix Street
Worcester, MA 01609

Dated: June 9, 2005