UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| Robert J. Killion, Jr.<br>　　　Plaintiff,<br>v.<br><br>Mainship Corporation and<br>Commonwealth Yachts<br>　　　Defendants. | Civil Action No. 04-40256-FDS |

## PLAINTIFF OPPOSITION TO THE DEFENDANT, MAINSHIP CORPORATIONS, MOTION TO DISMISS

The plaintiff, Robert J. Killion, Jr (the "Plaintiff") hereby opposes the Defendant, Mainship Corporation ( "Mainship"), Motion to Dismiss.

In support of this opposition, the Plaintiff states that the requisite and sufficient contacts exist pursuant to M.G.L. c. 233A § 3 for the assertion of jurisdiction over this Defendant. Moreover, the venue is proper.

In further support of this opposition, the Plaintiff refers to and incorporates by reference those facts contained in the Plaintiffs Memorandum of Law in Support its Opposition to Defendant, Mainship Corporations Motion to Dismiss, the Affidavit of Robert J. Killion, Jr. dated February 3, 2005 and the Affidavit of Robert J. Killion, Jr. dated June 15, 2005.

WHEREFORE, the Plaintiff respectfully requests that the Defendants motion be dismissed and grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

/s/ John M. Wozniak

John M. Wozniak, BBO#556441
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA 01756
(508) 478-3788

Dated: June 15, 2005