UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

|  |  |  |
|---|---|---|
| Robert J. Killion, Jr. | ) | Civil Action No. 04-40256-FDS |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Mainship Corporation and | ) | |
| Commonwealth Yachts | ) | |
|          Defendants. | ) | |

## MOTION FOR AN EXTENSION OF TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS OPPOSITION

The plaintiff, Robert J. Killion, Jr (the "Plaintiff") hereby moves this Court for an extension of time to file a Memorandum of Law in Support of Plaintiffs Opposition to the Defendant, Mainship Corporations Motion to Dismiss and the Affidavit of Robert J. Killion, Jr. up to and including Thursday, June 16, 2005.

In support of this motion, the Plaintiff states that at this point in time Plaintiffs counsel has not yet received the executed original of the Affidavit of Robert J. Killion, Jr. It is expected that the affidavit will arrive today, however, this will not be sufficient time to file with the Court by todays deadline.

There will no prejudice to any party in the event this motion is allowed.

WHEREFORE, the Plaintiff respectfully requests up to and including June 16, 2005 to file his memorandum of law in support of Plaintiffs opposition to the defendant, Mainship Corporations Motion to Dismiss and Affidavit of Robert J. Killion, Jr. and grant such other and further relief as is meet and just.

Respectfully Submitted,
The Plaintiff,
By His Attorney,

John M. Wozniak, BBO#556441
Wozniak & Padula, P.C.
82 Cape Road
Mendon, MA 01756
(508) 478-3788

Dated: June 15, 2005