## **CERTIFICATE OF SERVICE**

      I, John M. Wozniak, hereby certify that a true and accurate copy of the forgoing was served on the below-indicated parties via facsimile this 15th day of June, 2005:

Peter M. Durney, Esquire
Cornell & Gollub
75 Federal Street
Boston, MA 02110
**617-482-3917**

Robert S. White, Esquire
Bourgeois Dresser & White
4 Dix Street
Worcester, MA 01609
**508-754-1943**

                                                        _/s/ John M. Wozniak_
                                       John M. Wozniak (BBO# 556441)
                                       Wozniak & Padula, P.C.
                                       82 Cape Road, Rte. 140
                                       Mendon, MA 01756
                                       (508) 478-3788