UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION



ROBERT J. KILLION, JR.
    Plaintiff,

CIVIL ACTION NO.: 04-40256-FDS

v.

COMMONWEALTH YACHTS and
MAINSHIP CORPORATION
    Defendants.

### NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above Named Court:

Please withdraw my appearance as attorney for defendant Mainship Corporation.

Attorney Peter M. Durney will continue to represent Mainship Corporation in this matter.

_____
Anthony J. Manhart, Esq., BBO #657610
CORNELL & GOLLUB
75 Federal Street
Boston, MA 02110
(617) 482-8100

- 2 -

## CERTIFICATE OF SERVICE

I, Anthony J. Manhart, hereby certify that on the 14th day of July, 2005, a true copy of the foregoing Notice of Withdrawal of Appearance, was served by mail, postage prepaid, directed to:

John M. Wozniak, Esq.
Brandon S. Killion, Esq.
Wozniak & Padula, P.C.
82 Cape Road, Suite 140
Mendon, MA  01756

Robert S. White, Esq.
Bourgeois Dresser & White
4 Dix Street
Worcester, MA  01609

Anthony J. Manhart