UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Robert J. Killion,**
       Plaintiff,

    V.

**Commonwealth Yachts and Mainship Corporation,**
       Defendants,

CIVIL ACTION

NO. **04-40256-FDS**

**ORDER OF DISMISSAL**

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Orders dated **8/25/05 and 2/16/06**, granting the defendants motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                      By the Court,

   **2/16/06**                                          **/s/ Martin Castles**
    Date                                                Deputy Clerk

(Dismmemo.ord - 09/92)                                                                    [odism.]